**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**NICK ALLEN MABRAY**                                                **PETITIONER**
**No. 61940-509**

**v.**                          **CASE NO. 2:26-CV-00002-BSM**

**C. HUMPHREY**
**Warden**                                                          **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's

recommended disposition [Doc. No. 4] is adopted, and Nick Mabray's petition for writ of

habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE