## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**NICK ALLEN MABRAY**                                                              **PETITIONER**
**No. 61940-509**

**v.**                                    **CASE NO. 2:26-CV-00002-BSM**

**C. HUMPHREY**
**Warden**                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of March, 2026.


_____
UNITED STATES DISTRICT JUDGE